**[J-111-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | 107 MAP 2014 |
| | : | |
| Appellant | : | Appeal from the Order of the Superior |
| | : | Court dated 4/3/14 at No. 26 MDA 2014 |
| v. | : | affirming the PCRA order of the York |
| | : | County Court of Common Pleas, Criminal |
| | : | Division, at No. CP-67-CR-2219-2009 |
| MICHAEL RYAN BUDKA, | : | dated 12/14/12 |
| | : | |
| Appellee | : | SUBMITTED:  December 5, 2014 |

**ORDER**

**PER CURIAM**                                    **DECIDED:  March 25, 2015**

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED**.